ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

JOHN F. GABRIEL, Doing Business under the Name and Style of NIEDERSTEIN's RESTAURANT, Appellant, v. NIEDERSTEIN's RESTAURANT, INC., and Others, Respondents.— Motion to resettle order granted; order resettled by striking out the words " Stay continued for thirty days to enable appellant 'to apply to the Court of Appeals " and by inserting in place thereof the following: " Stay continued until the granting or final refusal of appellant's application to the Court of Appeals for leave to appeal to the Court of Appeals." Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

FILOMENA HAMEL, Respondent, v. NICOLA D'ANDREA, Appellant.— Motion to extend time to move for reargument denied. · Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ERNEST HUNNINGHAUS, Appellant, v. ADAM SCHMITT, Individually and as Business Agent of Bakers' Union Number 3 of Brooklyn and Queens, Amalgamated Food Workers and Others, etc., Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of A. P. M. HOLDING CORPORATION, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Premises on the Southerly Side of One Hundred and Fifteenth Avenue (Vistula Avenue) between One Hundred and Thirtieth Street and One Hundred and Thirty-first Street, South Ozone Park, for a School Site. In the Matter of the Application of COMBRO REALTY CORPORATION for the Payment of the Award to Damage Parcel No. 2.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of FRANK G. WILD and the TITLE GUARANTEE AND TRUST COMPANY, Appellants, to Render and Settle Their Accounts as Trustees under the Will of GEORGE H. COUTTS, Late of the County of Kings, Deceased, for CAROLINE S. COUTTS, against JAMES P. JUDGE, as Special Guardian for JAMES C. PRYOR, JR., a Minor, and Others, Respondents.— Motion for leave to omit certain matter from printed record granted on consent. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of HARRY FREIBERGER to DANIEL F. NEWMAN, Appellant; LAX & BURGHEIMER CORPORATION, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of SOPHIA FRIEDLAND, as Administratrix, etc., of GEORGE N. FRIEDLAND, for an Order Compelling JACOB FRIEDLAND, an Attorney and Counselor at Law, to Pay over to Her the Sum of $1,000.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when

reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of MICHAEL H. GRAE, an Attorney.— The participation of the respondent with one Klauber in permitting the Reynolds trust fund to be partly dissipated and his retention of a part of the trust fund as a fee require that he be censured. Accordingly, the respondent is hereby censured. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of ROBERT S. KING, an Attorney.— The Bar Association not opposing, the motion is granted, the petitioner reinstated, and his name ordered restored to the roll of attorneys. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of HENRY KLAUBER, an Attorney.— Respondent, in order to obtain a fee, gave improper advice to his client respecting the Reynolds trust fund. This act on his part requires a censure despite his good reputation and the fact that complete restitution was made at heavy loss to him. Accordingly, the respondent is hereby censured. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of J. H. W. KROGMANN, an Attorney:— Motion to confirm report of official referee granted and charges dismissed. Young, Kapper and Tompkins, JJ., concur; Scudder, J., dissents and votes to censure respondent; Carswell, J., not voting.

In the Matter of the Application of ALOIS KAIFLER for the Appointment of Temporary Administrator of the Estate of THERESE MAIER, Also Known as THERESA MAIER, Late of the County of Queens, Deceased.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of Proving the Last Will and Testament of MABELLE G. QUIRK, Deceased. ELIZABETH A. QUIRK, Appellant; AGNES A. QUIRK, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased.— Motion for enlargement of time granted upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; that the thirty dollars costs heretofore allowed be paid within five days from service of a copy of the order herein, and that the executors individually pay an additional ten dollars as costs of this motion within the same time; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased, Appellants. IRENE A. SIEMER, General Guardian of DOROTHY SIEMER, an Infant, Respondent.— Motion to dismiss appeal denied upon appellants' compliance with the conditions imposed in the decision of *Matter of Siemer* (*ante*, p. 767), decided herewith; otherwise,